# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

JOHN PRATT,

Plaintiff,

v.

MEDICAL DIRECTOR, *et al.*,

Defendant(s).

Case No. 3:26-CV-00098-MMD-CLB

**ORDER DENYING MOTION TO VACATE**

[ECF No. 5]

Currently pending before the Court is Plaintiff's "Motion to Vacate Docs 10, 11 for Clerical Error." (ECF No. 5.) Plaintiff's motion is unclear with respect to what is being requested of the Court. (*See id.*) Based on the Court's review of the motion, it appears that Plaintiff believes documents 10, 11, and 12 were filed in error and, as a result, his complaint is no longer in line for screening. (*Id.*) However, there are no filings in this case numbered 10, 11, or 12. Rather, the docket entries end at number 5. In addition, Plaintiff's complaint is in line for screening. However, Plaintiff is advised that screening of his complaint <u>may take many months to complete</u> due to the large volume of cases pending before the Court. Accordingly, Plaintiff's motion to vacate, (ECF No. 5), is **DENIED**.

**IT IS SO ORDERED.**

**DATED**: <u>June 18, 2026.</u>

_____
**UNITED STATES MAGISTRATE JUDGE**